# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

**Lightspeed Media Corporation** )
  *Plaintiff(s)* )
  ) Case Number: 3:12-cv-00860-WDS-DGW
  v. )
**Lucas Shashek** )
  *Defendant(s)* )

## ENTRY OF APPEARANCE

To the Clerk of Court and all parties of record:

I hereby enter my appearance as counsel for _____

**Lightspeed Media Corporation**  .

DATED:  September 6, 2012

/s/ Paul Duffy
Signature

Paul Duffy
Name

161 N. Clark St., Ste #3200
Chicago, IL 60601
Address

(312) 880-9160
Phone Number

(312) 893-5677
Fax Number

paduffy@wefightpiracy.com
E-Mail Address

Rev.  2/11