# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| Lightspeed Media Corporation<br>*Plaintiff(s)*<br>v.<br>Lucas Shashek<br>*Defendant(s)* | )<br>)<br>)  Case Number:  12-860-WDS-DGW<br>)<br>) |

## NOTICE OF ERRORS AND/OR DEFICIENCIES
## IN ELECTRONICALLY FILED DOCUMENTS

DOCUMENT NUMBER: 11            DOCUMENT TITLE: Reply Brief in Support of Motion to Dismiss

One of the following errors/deficiencies has been identified in the document listed above:

☒   Other: Incorrect event selected.  The proper event to select is **Reply to Response to Motion**, located under the heading of Memoranda in Support, Responses and Replies. This specific event allows the filer to link the reply to the originating motion entry.

## ACTION TAKEN BY CLERK'S OFFICE

☒   Other: This notice is entered for informational purposes on future filings of this nature.

## ACTION REQUIRED BY FILER

☒   No further action required by the filer.


NANCY J. ROSENSTENGEL, Clerk of Court


By:  *s/Mona Zingrich*
DATE: 9/21/2012            Deputy Clerk


CMECF-02
Rev. 4/12