IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LIGHTSPEED MEDIA CORPORATION,   )<br>                                                                )<br>            Plaintiff,                           )<br>                                                                )<br>v.                                                            )<br>                                                                )<br>LUCAS SHASHEK,                             )<br>                                                                )<br>            Defendant.                       )<br>                                                                )<br>                                                                ) | NO.: 3:12-cv-00860-WDS-DGW |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff voluntary dismisses this action in its entirety without prejudice. In accordance with Federal Rule of Civil Procedure 41(a)(1), Defendant has neither filed an answer to Plaintiff's Complaint, nor a motion for summary judgment. Dismissal under Federal Rule of Civil Procedure 41(a)(1) is therefore appropriate.

Respectfully Submitted,

LIGHTSPEED MEDIA CORPORATION

DATED: February 14, 2013

By:  /s/ Paul Duffy
     Paul Duffy (Bar No. 6210496)
     Prenda Law Inc.
     161 N. Clark St., Suite 3200
     Chicago, IL 60601
     Telephone: (312) 880-9160
     Facsimile: (312) 893-5677
     E-mail: paduffy@wefightpiracy.com

     *Attorney for Plaintiff*

1